IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SCOTT EVANS,

    Plaintiff,

    vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:18-cv-133

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #11) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **AFFIRMED**; and

3. This case is terminated on the docket of this Court.

Date: November 2, 2018            *s/Thomas M. Rose
                                                                THOMAS M. ROSE
                                                                UNITED STATES DISTRICT JUDGE